**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00451-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GARY WAFFLE,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court *sua sponte*. This matter is set for a change of plea hearing on July 29, 2011, at 4:00 p.m. There is an opening on the court's calendar on July 29, 2011 to conduct this matter at an earlier time. After conferring with the parties, and with their consent,

**IT IS ORDERED** as follows:

1. That the change of plea hearing set for July 29, 2011, at 4:00 p.m. is **VACATED** and **RESET** to **9:00 a.m.** on this day; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for the change of plea hearing.

Dated:  July 18, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.