**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

10-cr-00451-REB,
(14-cv-00129-REB)

UNITED STATES OF AMERICA,

    Petitioner,

v.

GARY WAFFLE,

    Respondent.

---

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order, docket entry 59 of Judge Robert E. Blackburn entered on 8/4/2014 it is ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 [49] filed 1/14/2014, is denied with prejudice. No certificate of appealability will issue because defendant has not made a substantial showing of the denial of a constitutional right or a substantial showing that jurists of reason would find it debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit.

    Dated at Denver, Colorado this 4th day of August, 2014.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                          By:  s/  T.Lee

                                      T.Lee
                                      Deputy Clerk